Jacob Rutstein, Appellant, *v.* United States Fire Insurance Company of New York, Respondent.

(Submitted April 30, 1929; decided May 28, 1929.)

*Morrell Schwimer* for appellant.

*Edgar Hirschberg* and *Leslie C. Ferguson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.